# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 07/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust (Trust #1) |
| 2. | Trustee | Article 5 Trust |
| 3. | Trustee | Article 6 Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Fulton County Medical Examiner, Atlanta, GA. - Salary |
| 2. | 2013 | Web MD - Editorial Stipend |
| 3. | 2013 | Private Consulting |
| 4. | 2013 | Medical Director, Life Point of SC |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Association for Justice | 07/31/2013-08/02/2013 | Hilton Head Island, SC | Activity of professional association | Transportation, lodging & food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | M | T | | | | | |
| 3. Alcoa Inc | A | Dividend | J | T | | | | | |
| 4. Allianz Life Franklin Valuemark | A | Dividend | L | T | | | | | |
| 5. Altria Group | A | Dividend | J | T | | | | | |
| 6. American Express Co | A | Dividend | J | T | | | | | |
| 7. Amgen Inc | A | Dividend | K | T | | | | | |
| 8. AT&T Inc #1 | A | Dividend | J | T | | | | | |
| 9. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 10. AT&T Inc #3 | A | Dividend | K | T | | | | | |
| 11. Bank of America | A | Dividend | K | T | | | | | |
| 12. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 13. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 14. BP PLC Spons ADR | A | Dividend | K | T | | | | | |
| 15. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 16. American Cap Wrld Gr & Inc A #1 | A | Dividend | K | T | | | | | |
| 17. American Cap Wrld Gr & Inc A #2 | A | Dividend | K | T | Buy (add'l) | 01/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Cap Wrld Gr & Inc A #3 | B | Dividend | K | T | | | | | |
| 19. American Cap Wrld Gr & Inc A #4 | A | Dividend | K | T | Buy (add'l) | 02/01/13 | J | | |
| 20. Chevron Corp #1 | B | Dividend | L | T | | | | | |
| 21. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 22. Chevron Corp #3 | B | Dividend | K | T | | | | | |
| 23. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 24. Citibank Deposit Program #1 | A | Interest | J | T | | | | | |
| 25. Citibank Deposit Program #2 | A | Interest | K | T | | | | | |
| 26. Citibank Deposit Program #3 | A | Interest | K | T | | | | | |
| 27. Citigroup Inc | A | Dividend | J | T | | | | | |
| 28. Clearbridge Aggressive Gwth C | | None | K | T | | | | | |
| 29. Coca-Cola Co | A | Dividend | K | T | | | | | |
| 30. Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 31. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |
| 32. CSX Corp | A | Dividend | K | T | | | | | |
| 33. Dell Inc | | None | | | Sold | 10/30/13 | K | | |
| 34. Walt Disney Co #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walt Disney Co #2 | A | Dividend | K | T | | | | | |
| 36. Walt Disney Co #3 | A | Dividend | K | T | | | | | |
| 37. Dover | A | Dividend | K | T | | | | | |
| 38. Dow Chemical #1 | A | Dividend | J | T | | | | | |
| 39. Dow Chemical #2 | A | Dividend | J | T | | | | | |
| 40. Duke Energy | A | Dividend | K | T | | | | | |
| 41. E I Dupont Co | A | Dividend | K | T | | | | | |
| 42. EV SC Muni Income A | C | Interest | N | T | | | | | |
| 43. Eli Lilly & Co #1 | B | Dividend | K | T | | | | | |
| 44. Eli Lilly & Co #2 | A | Dividend | J | T | | | | | |
| 45. Emerson Electric | A | Dividend | K | T | | | | | |
| 46. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 47. Energy Transfer Partners LP #2 | | None | K | T | | | | | |
| 48. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 49. Exxon Mobil Corp #2 | B | Dividend | L | T | | | | | |
| 50. First Federal of Charleston | C | Interest | O | T | | | | | |
| 51. General Electric Co #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co #2 | A | Dividend | K | T | | | | | |
| 53. General Electric Co #3 | B | Dividend | L | T | | | | | |
| 54. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 55. American Gr Fd of America A #1 | A | Dividend | L | T | | | | | |
| 56. American Gr Fd of America A #2 | A | Dividend | L | T | | | | | |
| 57. American Gr Fd of America A #3 | A | Dividend | K | T | | | | | |
| 58. Guided Therapuetics Inc | | None | J | T | | | | | |
| 59. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 60. Hartford Capital Appreciation Fund (IRA) | A | Dividend | M | T | | | | | |
| 61. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 62. Home Depot Inc | A | Dividend | K | T | | | | | |
| 63. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 64. IBM | B | Dividend | M | T | | | | | |
| 65. Intel (IRA) #1 | B | Dividend | L | T | | | | | |
| 66. Intel #2 | A | Dividend | K | T | | | | | |
| 67. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 68. Kimberly Clark | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |
| 70. Legg Mason Cap Mgmt Val C | A | Dividend | L | T | | | | | |
| 71. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 72. Lincln National Legacy II | A | Dividend | O | T | | | | | |
| 73. Lincoln American Legacy View | A | Dividend | M | T | | | | | |
| 74. MFS South Carolina Muni Bond CL A | A | Interest | L | T | | | | | |
| 75. Mass Mutual Life Ins | | None | J | T | | | | | |
| 76. McDonalds Corp | A | Dividend | K | T | | | | | |
| 77. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 78. Metlife TVL Metlife Portfolioaccess | A | Dividend | M | T | | | | | |
| 79. Metlife TVL Marquis Portfolios | A | Dividend | N | T | | | | | |
| 80. Microsoft Corp | A | Dividend | J | T | | | | | |
| 81. Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |
| 82. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 83. Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 84. 3M Company A | A | Dividend | K | T | | | | | |
| 85. Nokia Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Norfolk Southern | C | Dividend | M | T | | | | | |
| 87. North Carolina Rental Property 100% Transylvania County, NC | B | Rent | P1 | W | | | | | |
| 88. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 89. Pepsico Inc | A | Dividend | J | T | | | | | |
| 90. Pfizer Inc #1 | A | Dividend | J | T | | | | | |
| 91. Pfizer Inc #2 | A | Dividend | K | T | | | | | |
| 92. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 93. Proctor & Gamble #1 | A | Dividend | K | T | | | | | |
| 94. Proctor & Gamble #2 | B | Dividend | K | T | | | | | |
| 95. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 96. Safeway Inc New | A | Dividend | J | T | | | | | |
| 97. SCANA Corp | B | Dividend | K | T | | | | | |
| 98. SCBT #1 | A | Dividend | M | T | | | | | |
| 99. SCBT #2 | C | Dividend | N | T | | | | | |
| 100. SCBT #3 | A | Dividend | L | T | | | | | |
| 101. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 102. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Suntrust Banks Inc | B | Dividend | M | T | | | | | |
| 104. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 105. Texas Instruments Inc | A | Dividend | K | T | | | | | |
| 106. Time Warner Inc | A | Dividend | J | T | | | | | |
| 107. Total System Services Inc | A | Dividend | J | T | | | | | |
| 108. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 109. Unit First Trust Dow Target 10 May 2013 | A | Dividend | K | T | Sold (part) | 05/01/13 | K | D | |
| 110. Unit First Trust Dow Target 10 May 2013 | A | Dividend | K | T | Buy (add'l) | 05/01/13 | K | | |
| 111. Verizon #1 | A | Dividend | J | T | | | | | |
| 112. Verizon #2 | A | Dividend | J | T | | | | | |
| 113. Washington Mutual Inc | | None | J | T | | | | | |
| 114. American WA Mutual A #1 | B | Dividend | M | T | | | | | |
| 115. American WA Mutual A #2 | B | Dividend | L | T | | | | | |
| 116. American WA Mutual A #3 | A | Dividend | K | T | | | | | |
| 117. Wells Fargo & Co New #1 | A | Dividend | K | T | Sold (part) | 02/06/13 | J | A | |
| 118. Wells Fargo & Co New #2 | A | Dividend | K | T | | | | | |
| 119. WMI Hldgs Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Zimmer Holdings Inc | | None | J | T | | | | | |
| 121. Trust #1 - Royal Dutch Shell | A | Dividend | L | T | | | | | |
| 122. Trust #1 - Allegheny Energy | A | Dividend | K | T | | | | | |
| 123. Trust #1 - Idearc | A | Int./Div. | J | T | | | | | |
| 124. Trust #1 - Eli Lily | A | Dividend | K | T | | | | | |
| 125. Trust #1 - Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 126. Trust #1 - Lain Farm | E | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 07/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 87 is located in Translyvania County, North Carolina, USA.

2. Trust # 1 consist of :  Royal Dutch Shell     value L

                          Allegheny Energy     value K

                          Idearc     value J

                          Eli Lily     value K

                          Pepco Holdings Inc   value J

                          Lain Farm     value cost R     Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.

3. Line  28 - Clearbridge Aggressive Gwth C name change.  Formerly listed as Legg Mason Clearbridge Aggressive Gwth C.

4. Line  50 -First Federal of Charleston merged with SCBT 07/30/2013.  Name officially does not change until July 2014.

5. Article 5 Trust consist of lines:  4,10,18,20,27,32,43,46,49,53,56,64,83,86,100 & 118.

6. Article 6 Trust consist of lines:
3,5,6,7,9,11,12,13,17,22,23,29,31,36,39,40,42,48,52,54,59,61,62,63,66,67,68,69,74,76,77,80,81,82,85,89,90,92,93,96,105,106,108,113,114 & 115.

7. Lines 109-110  Unit First Trust Dow Target 10 May 2013 formerly named Unit Trust Dow Target 10 May 2012.  Lines 109 & 110 are only one item however listed on both lines to show both the partial sale & partial purchase on the same day (05/01/2013).

8. Line  113 - Washington Mutual Inc still listed however value is zero.  Company is in foreclosure per broker.

9. Line  119 - WMI Hldgs Corp.  Company not shown on 2012 due bankrupty however listed in 2013 with a value of $8.46.

10. Section III. Non-Investment Income B. Item 1. ▮▮▮ only worked for Fulton County Medical Examiner fom January 2013-June 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544